UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-20453-CR-MORENO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAVIER SOTOLONGO,

Defendant.
______________________________/

FILED by [signature] D.C.
SEP 15 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

**NOTICE OF FILING**

THE COURT hereby files the attached letter and direct the Clerk to scan this letter.

**DONE AND ORDERED** in Miami, Dade County, Florida this 14th day of September, 2006.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

AUSA Karlyn Hunter
John Wylie, AFPD

22/B

**SUPERMIX®**

"The On Time Concrete Company"™

File with Clerk

September 6, 2006

Re: Employee's Name: *Javier Sotolongo*
Social Security #: *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*
Address: *6875 West Flagler Street, Apt. 310*
*Miami, FL 33144*

To whom it may concern:

Please accept this letter as confirmation of the above referenced person's employment status. Mr. Sotolongo has been employed with our company since October 11, 2004. He continues to work with us full-time as a concrete-mixer driver as we are satisfied with his performance.

Should you need additional information, please do not hesitate contacting me at (305) 265-4465.

Sincerely,

Natasha Castaneda-DeBernardis
Director of Human Resources and Safety
Central Concrete Supermix, Inc.

**CENTRAL CONCRETE SUPERMIX, INC.**
PRODUCERS AND SUPPLIERS OF QUALITY READY MIXED CONCRETE
SPECIAL CONCRETES: HIGH STRENGTH UP TO 10,000 PSI. TREMIE, COLOR, GROUTS, FLOWABLE FILL, EARLY STRENGTH AND LIGHTWEIGHT.
FIBER REINFORCEMENT, SUPERPLASTICIZER, WATER REPELLENT, CORROSION INHIBITOR, CONCRETE PUMPS AVAILABLE
4300 S.W. 74th AVENUE • P.O. BOX 557520 • MIAMI, FLORIDA 33155-7520 • PHONE (305) 262-3250 • FAX (305) 267-0698